IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY THOMAS**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:15cv418 |
| | ) | **Electronic Filing** |
| **WASHINGTON COUNTY,** | ) | |
| **PENNSYLVANIA**, **DANIEL** | ) | |
| **CLEMENTS**, **THOMAS JESS**, and | ) | |
| **PATRICK GRIMM**, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 15th day of July, 2015, upon due consideration of (1) the court having entered an order on July 13, 2015, approving the voluntary dismissal of plaintiff's First Amendment claim with prejudice, (2) the dismissal of that claim leaving for further adjudication only plaintiff's state Whistleblower Law claim, and (3) it being clear after consideration of the factors governing the exercise of the court's discretion under 28 U.S.C. § 1367(c) that the court should decline to exercise jurisdiction over the remaining state law claim at this juncture, IT IS ORDERED that the remaining state-law claim be, and the same hereby is, dismissed pursuant to 28 U.S.C. § 1367(c) for want of subject matter jurisdiction and without prejudice to (1) plaintiff refiling that claim(s) in a state court as authorized by 42 Pa. C. S. § 5103(b) and (2) defendants raising any defenses they may have to that claim(s) in a state proceeding.

                                                      s/David Stewart Cercone
                                                      David Stewart Cercone
                                                      United States District Judge

cc:     David B. Spear, Esquire
        Erin B. Friez, Esquire
        Robert J. Grimm, Esquire
        Ryan M. Joyce, Esquire
        Caroline Liebenguth, Esquire

(*Via CM/ECF Electronic Mail*)